IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.79.246.59

**ISP:** Verizon Online, LLC
**Physical Location:** Lorton, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/02/2018 00:03:57 | A4B7695E46A9FDCD37505160B8624D8B74BBF384 | Cum For A Ride |
| 02/01/2018 16:04:50 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |
| 01/31/2018 00:54:48 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 01/30/2018 23:23:11 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 01/30/2018 14:32:05 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 01/25/2018 02:47:02 | C43D239AE509E7D25D58DE9170398790D0E516D6 | Four Way In 4K |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

EVA391